# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daryl Johnson<br><br>*Defendant* | )<br>)  Case: 1:21-mj-00462<br>)  Assigned To : Meriweather, Robin M.<br>)  Assign. Date : 6/4/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daryl Johnson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/04/2021

*Issuing officer's signature* — 2021.06.04 16:37:43 -04'00'

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/4/21, and the person was arrested on *(date)* 6/11/21
at *(city and state)* Saint Ansgar, Iowa.

Date: 6/11/21

*Arresting officer's signature*

Special Agent Lisa Sorgi
*Printed name and title*