UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v. : Crim. No 21-407(DLF)

Daryl Johnson :

    Defendant :

### ENTRY OF APPEARANCE

Please enter my appearance as appointed counsel for the above named Defendant **nunc pro tunc** to July 12, 2021

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539
Fax: 202-223-6625
tabbenante@aol.com