UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OS AMERICA          :

          v.          : Cr.No. 21-cr-407(DLF)

DARYL JOHNSON                                    :

       Defendant          :

## ENTRY OF APPEARANCE

Please enter my appearance as **retained** counsel for the defendant in the above captioned case.

        _____/s/_____
        Thomas Abbenante Bar. No. 227935
        888 17th Street NW
        Suite 1200
        Washington, DC 20006
        202-223-6539
        tabbenante@aol.com