UNITED STATES  DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.  : Crim. No 21-407(DLF)

DARYL JOHNSON  :

    Defendant  :

**UNOPPOSED MOTION FOR A CONTINUANCE**

COMES now defendant, Daryl Johnson, by and through counsel, who respectfully requests that this Court continue the status hearing presently set for November 22, 2021. As grounds, defendant submits the following information:

1.  The government has produced through discovery newly discovered evidence in this case that needs to be reviewed and evaluated by all parties.

2.  Assistant United States Attorney Laura Hill and co-defendant counsel Allen Orenberg have authorized counsel to represent that they both join in this motion. All parties request that this Court exclude 60 days from computation under the Speedy Trial Act and continue the status hearing for 60 days.

WHEREFORE, the foregoing premises considered, defendants request that this motion be granted

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539
Fax: 202-223-6625
tabbenante@aol.com