NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number   21 CR 407 (DLF)

DARYL JOHNSON
       (Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐  CJA             ■  RETAINED            ☐  FEDERAL PUBLIC DEFENDER

*Standing in for Thomas Abbenante*

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOHER M. DAVIS 385582
(Attorney & Bar ID Number)

DAVIS & DAVIS
(Firm Name)

1350 CONNECTICUT AVE NW STE 202
(Street Address)

WASHINGTON DC   20036
(City)            (State)        (Zip)

202 234-7300
(Telephone Number)