Statement to Judge Friedrich

The emotional events of 2020 leading up to January 6 were like nothing I have ever seen, imagined or experienced in my 51 years in America. The Covid 19 pandemic shutting down businesses worldwide causing vast amounts of fear and uncertainty. Many cities around the US had unchecked riots and billions of dollars of damage done to businesses and communities.  During this time, we had 2 of our laundromats destroyed in the riots in Minneapolis causing over $500,000 in damage to our business and incalculable amount of lost revenue.  We were forced to lay off almost 1/3 of our team members just to survive.   The heartbreak of having to lay off employees knowing that working for us was the primary source of income for those families was devastating.  I know every business owner says that their team members are like family but we actually do everything we can to live that principal.  We often advance money to help with family issues as necessary, we often times finance vehicle purchases and help with apartment deposits.  We experienced one death due to Covid and we paid all of the costs incurred by his family to return him and his belongings to Mexico.  We've even bought an employee an electric bicycle to insure he had transportation as he worked to get his license, plus we paid his fines so he could start the process of regaining his independence and recapture some dignity.

The emotional toll on me and my family during this time was almost beyond my ability to manage.  The businesses had to take on significant amount of new debt to cover the cost of rebuilding along with having a major reduction in revenues from the remaining stores.  We were barely able to avoid liquidating several assets just to make it thru.  Needless to say, it was the most emotional series of events I have ever seen in 20+ years in business.

I came to Washington to have my voice heard.  I have never before been at any kind of rally like that and I didn't have any idea of what to expect.  The crowd became very upset and developed into a mob.  I have never before experienced anything like that event and I simply got caught up in the happenings of the moment.  I followed the crowd as they entered the capitol but I did not engage in assaultive or destructive behavior.  I did open a set of doors with the crowd and I immediately regretted that action.  As we wandered thru the building, we stopped others from kicking in locked doors and generally causing destruction, when an officer asked us to leave, we immediately followed his instructions and exited the building.

My social media posts were driven by my frustration and feelings of hopelessness.  I was venting to those in my social circle and I never intended for anyone to take any action.  I do not condone any semblance of violence in that manner.  I very much regret my careless and reckless comments, my intentions were to communicate how I saw the situation during a very troubling time in my life. I understand now how those comments could be misinterpreted and I sincerely regret making any such comments.

The irony of this situation was that I wanted my voice to be heard and now with a felony conviction I can no longer vote thus I have been essentially silenced.  I have spent 51 years of my life building a reputation that my parents, children and grandchildren can be proud of I fear that this conviction will destroy all I have spent a lifetime building.  I have already suffered significantly as result of having plead to a felony.  A felony conviction as a business man is no small matter. It impacts my ability secure loans; secure a bond and I cannot procure keyman insurance.  I had a carry permit because I handle very large amounts of cash, that is gone now and puts me at significant risk just to perform my normal day to day tasks. My life will be forever negatively impacted as I learn to live with a felony conviction.

Heartfelt sorrow and regret do not even begin to cover how I feel about my actions on that day.  I am embarrassed, dismayed and troubled that I could behave the way I did.  I got caught up in an event that I did not understand and behaved in a way that is out of character for me.
I have lived a life of giving back to my community and selflessly giving to those that are less fortunate.  Regardless of the outcome of this case I will continue to advocate for those that are less fortunate and I will continue to give back and volunteer in as many ways as possible in my community.

I am asking for forgiveness from the officers our legislators and their staff.  I know my actions caused fear and panic and will probably affect those individuals for the foreseeable future. I accept responsibility for my actions and I am willing to pay whatever price is required. I humbly ask that you carefully consider my half century of unblemished living as a lawful citizen vs. a moment of confusion, uncertainty and bad choices.


Daryl Johnson