## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-407-DLF** |
| **DARYL JOHNSON and DANIEL JOHNSON** | |
| **Defendants.** | |

### STATUS REPORT CONCERNING VIDEO EXHIBITS[1]

Pursuant to the Court's June 9, 2022 Minute Order, and the Government's practice in other Capitol Breach cases, the Government has made the video exhibits submitted in connection with the defendants' sentencing hearing publicly available without restrictions by providing access using the "drop box" technical solution described in Standing Order 21-28, In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID-19 Pandemic.

On June 9, 2022, the point of contact for the Press Coalition confirmed receipt of these video exhibits by the "drop box" method. As result, the Government requests that the Court deny as moot the Press Coalition's Application for Access to Video Exhibits (Doc. 74).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:    /s/ Samuel S. Dalke
SAMUEL S. DALKE
PA Bar No. 311803
Assistant U.S. Attorney, Detailee
U.S. Attorney's Office
601 D Street, NW
Washington, D.C. 20001
717-515-4095
Samuel.S.Dalke@usdoj.gov

---

[1] The Government provides this Status Report pursuant to the Court's June 24, 2022 Minute Order.