UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-407-DLF |
| | : | |
| DARYL JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO PETITION FOR
## INTERNATIONAL TRAVEL AND TO TRANSFER JURISDICTION

The United States of America does not oppose the Petition to Transfer Jurisdiction and Allow for International Travel submitted by the District of Columbia Probation Office in regards to defendant Daryl Johnson. However, the government requests the Court strike the optional language in the stock Transfer of Jurisdiction Order, which states: "The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further injury of this Court.*" The associated footnote in the Form Order explains that "*This sentence may be deleted in the discretion of the transferring Court." The government requests this Court exercise its discretion and transfer jurisdiction without allowing the Northern District of Iowa the ability

1

to shorten the defendant's supervised release term, which is a critical component of his sentence in this case.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

BY:    */s/ Samuel S. Dalke*
            SAMUEL S. DALKE
            PA Bar No. 311803
            Assistant U.S. Attorney, Detailee
            U.S. Attorney's Office for the District of Columbia
            601 D Street, N.W.
            Washington, D.C. 20530
            717-515-4095
            Samuel.S.Dalke@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of September 2022, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

      /s/*Samuel S. Dalke*
      Samuel S. Dalke
      Assistant United States Attorney