| PROB 22-DC (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:21CR00407-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Daryl Johnson | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Dabney L. Friedrich | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/03/2022 — TO 08/02/2023 |

OFFENSE

Civil Disorder, 18:231(a)(3)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/28/22
*Date*

*United States [Judge Title] Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*          *United States District Judge*

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. JOHNSON, Daryl                               Docket No.: 1:21CR00407-001

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☑ Concurs with the recommendation of the Probation Office to *"transfer jurisdiction of Mr. Johnson's criminal case to the United States District Court for the Northern District of Iowa and allow him to travel internationally to the Dominican Republic from October 30, 2022, through November 8, 2022."*

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

_____
Dabney L. Friedrich
United States District Judge

9/28/22
Date